FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>FABIAN ARTEAGA-SANCHEZ,<br>        Defendant. | Case No. CR 05-00146-JFW<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

        The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), during which the defendant submitted to detention,

        The Court finds that:

A.      (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his prior violations of supervised release and prior escape.

2     and

3     B.  ( )  The defendant has not met his/her burden of establishing by clear and

4    convincing evidence that he/she is not likely to pose a danger to the safety of any

5    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

6    finding is based on his/her _____.

7    .

8     IT THEREFORE IS ORDERED that the defendant be detained pending the

9    further revocation proceedings.

11   DATED:  August 21, 2015.

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

2